IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:11-MJ-00064 JLT |
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL ARREST WARRANT |
| | ) | AND CRIMINAL COMPLAINT |
| OSCAR ARRELLANO INIEGO, | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: December 16, 2011

JENNIFER L. THURSTON
U.S. Magistrate Judge

1

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 7 |              EASTERN DISTRICT OF CALIFORNIA
 8 | UNITED STATES OF AMERICA,    )   5:11-MJ-00064 JLT
   |                              )
 9 |         Plaintiff,            )
   |                              )
10 |      v.                       )
   |                              )
11 |                              )   APPLICATION TO UNSEAL CRIMINAL
   | OSCAR ARRELLANO INIEGO,      )   COMPLAINT AND ARREST WARRANT
12 |                              )
   |         Defendant.            )
13 | _____)
```

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter is currently in the custody of the DEA.

Dated: December 16, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

1